UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| JEROME URBAN, | ) | |
| Petitioner, | ) | 3:11-CV-00427-HDM-VPC |
| vs. | ) | |
| | ) | **ORDER** |
| NEVADA, STATE OF, *et al.,* | ) | |
| Respondents. | ) | |

      Before the court is respondents' motion for compliance with Rule 2, which was filed on August 25, 2011 (docket #11). Respondents point out that petitioner failed to sign his amended petition under penalty of perjury as required by Rule 2 of the Rules Governing Section 2254 Cases. On September 1, 2011, petitioner filed his signed Declaration Under Penalty of Perjury (docket #12). Accordingly, respondents' motion is granted nunc pro tunc.

      **IT IS THEREFORE ORDERED** that respondents' motion for compliance with Rule 2 (docket #11) is **GRANTED** nunc pro tunc.

      DATED this 14th day of September, 2011.

                                                                                             */s/ Howard D. McKibben*
                                                             UNITED STATES DISTRICT JUDGE