AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*          DISTRICT OF    NEVADA

JEROME URBAN,

      Petitioner,         JUDGMENT IN A CIVIL CASE

V.

      CASE NUMBER: **3:11-CV-00427-HDM-VPC**

NEVADA, STATE OF, et al.,

      Respondents.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that the amended petition for a writ of habeas corpus (#6) is **DENIED IN ITS ENTIRETY**.
      **IT IS FURTHER ORDERED** that petitioner is **DENIED A CERTIFICATE OF APPEALABILITY.**

    April 4, 2012                               **LANCE S. WILSON**
                                                                            Clerk

                                                                   /s/ D. R. Morgan
                                                                     Deputy Clerk