AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

JEROME URBAN,

    Petitioner,

V.

NEVADA, STATE OF, et al.,

    Respondents.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:11-CV-00427-HDM-VPC**

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the amended petition for a writ of habeas corpus (#6) is **DENIED IN ITS ENTIRETY**.

    **IT IS FURTHER ORDERED** that petitioner is **DENIED A CERTIFICATE OF APPEALABILITY.**

| April 4, 2012 | **LANCE S. WILSON** |
|---|---|
|  | Clerk |
|  | /s/ D. R. Morgan |
|  | Deputy Clerk |